UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAR 1 7 2009

| | |
|---|---|
| Tara Huse,<br><br>        Plaintiff,<br><br>v.<br><br>Bonded Credit Company, Inc.,<br><br>        Defendant. | Case No. 3:08-cv-00724-slc<br><br>**(proposed) ORDER GRANTING<br>PLAINTIFF'S UNOPPOSED<br>MOTION TO TRANSFER** |

For good cause shown, the Court hereby GRANTS Plaintiff's Unopposed Motion to

Transfer.

It is hereby ORDERED, ADJUDGED, and DECREED that the above-captioned matter

shall be transferred to the Eastern District of Wisconsin, Green Bay Division.

**IT IS SO ORDERED.**

Dated:  *March 16, 2009*

*Barbara B. Crabb*

~~Stephen L. Croker,~~ **U.S. District Judge**
**Western District of Wisconsin**